TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00680-CR

John Preston Blalock, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF LIBERTY COUNTY

NO. 58000, HONORABLE CHAP B. CAIN III, JUDGE PRESIDING

PER CURIAM

John Preston Blalock perfected his appeal from a judgment of conviction for telephone
harassment on October 2, 1997. The appeal was transferred to this Court from the Ninth Court of
Appeals.

No appellate record has been filed. (1) We are advised by the county clerk that Blalock has
failed to pay the fee for preparing the clerk's record. See Tex. R. App. P. 35.3(a)(2). We are advised
by the court reporter that the reporter's record has not been requested. See Tex. R. App. P. 35.3(b)(2).

Blalock is not indigent and represents himself on appeal. He did not respond to this
Court's letter inquiring into the status of the appellate record and advising him of the consequences of his
failure to file a record. We conclude that the clerk's record has not been filed due to Blalock's fault and
that Blalock has been given a reasonable opportunity to cure. See Tex. R. App. P. 37.3(b). We therefore
dismiss the appeal for want of prosecution.

Before Justices Powers, Aboussie and B. A. Smith

Dismissed for Want of Prosecution

Filed: December 18, 1997

Do Not Publish
1. A partial clerk's record has been filed. It contains only an order by the trial court finding that Blalock
is not indigent.